**Order entered February 22, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00150-CV

### SHEINA POPE, Appellant

### V.

### PRUDENTIAL INVESTMENT MANAGEMENT, INC. D/B/A PRUDENTIAL REAL ESTATE INVESTORS, MGHERRING GROUP, INC., DILLARD'S, INC. D/B/A DILLARD'S DEPARTMENT STORES, INC., TRADEMARK PROPERTY COMPANY, XENCOM, INC. D/B/A XENCOM FACILITY MANAGEMENT, Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-06123-C**

## ORDER

Before the Court is appellant's February 21, 2017 motion to extend time to file a docketing statement. We **GRANT** appellants motion and **ORDER** the docketing statement received February 21, 2017 filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
           JUSTICE